**The below described is SIGNED.**

**Dated: May 27, 2014**





**JOEL T. MARKER
U.S. Bankruptcy Judge**

---

*Prepared and Submitted by*:

Peggy Hunt (Utah State Bar No. 6060)
Michael F. Thomson (Utah State Bar No. 9707)
Nathan S. Seim (Utah State Bar No. 12654)
DORSEY & WHITNEY LLP
136 South Main Street, Suite 1000
Salt Lake City, UT  84101-1685
Telephone: (801) 933-7360
Facsimile: (801) 933-7373
Email:  hunt.peggy@dorsey.com
          thomson.michael@dorsey.com
          seim.nathan@dorsey.com

*Proposed Attorneys for Peggy Hunt, Chapter 7 Trustee*

---

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| In re: | Case No. 14-22163 |
| SHAWN TIMOTHY KIRKWOOD, | Chapter 7 |
| Debtor. | The Honorable Joel T. Marker |

**ORDER GRANTING APPLICATION OF PEGGY HUNT,
CHAPTER 7 TRUSTEE, FOR ENTRY OF AN ORDER AUTHORIZING
THE EMPLOYMENT OF DORSEY & WHITNEY LLP
AS COUNSEL FOR THE TRUSTEE**

The matter before the Court is the Application of Peggy Hunt, Chapter 7 Trustee, for Entry of an Order Authorizing the Employment of Dorsey & Whitney, LLP as Counsel for the Trustee [Docket No. 10] (the "Application").  The Application was properly served through the Court's CM/ECF system on all parties that have requested electronic service in this case, and no further notice of the Application is required.  No responses to the Application have been filed.

The Court has reviewed the Application, the Declaration of Michael F. Thomson filed in support of the Application [Docket No. 11] which was filed in connection with the Application, as well as applicable law.  Based thereon, the Court finds that the employment of Dorsey & Whitney LLP as the Trustee's counsel is in the best interests of the bankruptcy estate. For these reasons, and for good cause shown,

**IT IS HEREBY ORDERED that:**

1. The Application is **GRANTED**; and

2. The Trustee is authorized under 11 U.S.C. § 327 and Federal Rule of Bankruptcy Procedure 2014 to employ Dorsey & Whitney LLP.

-------------------------------------------------END OF ORDER-------------------------------------------

## DESIGNATION OF PARTIES TO BE SERVED

Service of the foregoing **ORDER GRANTING APPLICATION OF PEGGY HUNT, CHAPTER 7 TRUSTEE, FOR ENTRY OF AN ORDER AUTHORIZING THE EMPLOYMENT OF DORSEY & WHITNEY LLP AS COUNSEL FOR THE TRUSTEE** shall be served to the parties in the manner designated below:

**By Electronic Service**: I certify that the parties of record in this case as identified below, are registered CM/ECF users and will be served notice of entry of the foregoing Order through the CM/ECF system:

- Mary M. Hunt tr    hunttrustee@gmail.com, hunt.peggy@dorsey.com;UT18@ecfcbis.com
- Cameron N. Jacobson    cameron@cnjlaw.net
- United States Trustee    USTPRegion19.SK.ECF@usdoj.gov